WILLIAM T. GAGEN and JOSEPH F. CARROLL, Copartners, Doing Business under the Firm Name and Style of GAGEN AND CARROLL, Appellants, v. MARY HRABOLSKI, Respondent.— Order of the County Court of Suffolk county, vacating attachment,

---

* See 227 App. Div. 607, 627.— [REP.

reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the papers upon which the attachment was granted were sufficient in support thereof, and that no adequate grounds were shown in the moving papers upon which an order to vacate the attachment could properly be based. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.